No. 1037. MADISON ET AL. *v.* PHILLIPS PETROLEUM Co. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit and mo-

tion for leave to proceed further *in forma pauperis* denied. *Mr. James O. Cade* for petitioners. No appearance for respondents.